387 A.2d 928

Keenan et al., Appellants, v. Summit House Company et al.

April 13, 1978.

Argued June 17, 1977. Lawrence M. Aglow, for appellants; Robert S. Gawthrop, Jr., with him Gawthrop & Greenwood, for appellee, Summit House Company.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.